**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

                                                   **Case No. 4:96cr76-RH**

**vs.**                                         **Case No. 4:05cv158-RH/WCS**

**JOE TRAVIS,**

       **Defendant.**

_____/

**REPORT AND RECOMMENDATION ON § 2255 MOTION**

Defendant has filed a 28 U.S.C. § 2255 motion.  Doc. 191.

The court previously denied § 2255 relief to this Defendant, and denial was affirmed on appeal.  Docs. 154, 156, and 168.  Defendant's motion to dismiss the indictment and motion to withdraw the plea were dismissed as unauthorized second or successive motions under § 2255.  Docs. 171 (order deeming motions unauthorized and also finding that Defendant was not entitled to relief on the merits) and 184 (Eleventh Circuit order vacating and remanding with instructions that the motions be dismissed for lack of jurisdiction as authorization had not been granted for filing a

second or successive motion).[1]  Another § 2255 motion was summarily dismissed as a second or successive motion, as authorization for filing had not been granted by the court of appeals.  Docs. 188, 189 and 190.

Again Defendant has not obtained authorization from the court of appeals, and again this court may not consider his second or successive motion.  § 2255 (referencing § 2244); § 2255 Rule 9 (party must obtain authorization from court of appeals before presenting a second or successive motion).  *See also* In re Anderson, 396 F.3d 1336, 1339-40 (11th Cir. 2005) (denying leave to file second or successive § 2255 motion raising a claim under  United States v. Booker, __ U.S. __, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) and Blakely v. Washington, 542 U.S. __, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004)).

It is therefore respectfully **RECOMMENDED** that the § 2255 motion (doc. 191) be **SUMMARILY DISMISSED**.

**IN CHAMBERS** at Tallahassee, Florida, on May 20, 2005.


**s/    William C. Sherrill, Jr.**
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] The docket does not reflect that the order of remand was ever referred to the district judge for compliance with the instructions.

Case Nos. 4:96cr76-RH and 4:05cv158-RH/WCS