IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:96cr76-RH/WCS
 4:05cv158-RH/WCS

JOE TRAVIS,

    Defendant.

_____/

### ORDER DISMISSING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 192), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion (document 191) for relief under 28 U.S.C. §2255 is DISMISSED. The clerk shall enter judgment and close the file.

SO ORDERED this 27th day of June, 2005.

            s/Robert L. Hinkle
            Chief United States District Judge