**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

v.                                    CASE NO.  4:96cr76-RH/WCS
                                              4:06cv479-RH/WCS

JOE TRAVIS,

       Defendant.

_____/

## ORDER DENYING RULE 60(b) MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 197) and the objections thereto (document 198).  I have reviewed *de novo* the issues raised by the objections.   Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Defendant's Rule 60(b) motion (document 195) for modification of his sentence is DENIED for failure to obtain authorization from the Court of Appeal for the filing a second or successive motion under 28 U.S.C. § 2255.

SO ORDERED this 21st day of January, 2007.

                          s/Robert L. Hinkle_____
                          Chief United States District Judge